# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2011

140328(147)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
Justices

PATRICK McCARTHY,
       Plaintiff-Appellant,

v

ALISON SCOFIELD, DEPARTMENT OF
HUMAN SERVICES, ANDREA DEAN,
OAKLAND COUNTY PROSECUTOR, CAROLE
BOYD, OAKLAND COUNTY FRIEND OF THE
COURT, THOMAS CALLAHAN, and MILFORD
POLICE DEPARTMENT,
       Defendants-Appellees,

and

AMY ALLEN and CHILD ABUSE & NEGLECT
HOUSE/OAKLAND COUNTY CARE HOUSE,
       Defendants.
_____/

SC: 140328
COA: 284129
Oakland CC: 2006-079432-NO

On order of the Court, the motion for reconsideration of this Court's June 3, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

MARILYN KELLY, J., would grant reconsideration.

CORRIGAN, J., would impose sanctions.

MARY BETH KELLY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2011

Clerk

d0112